UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY  DATE: May 31, 2006
United States Magistrate Judge
TIME: 11:00 A.M.

DOCKET NO:

05-cv-02595-ARL

CASE:

Panzica v. Mas-Maz, Inc. et al

\_\_\_\_ INITIAL CONFERENCE

\_\_\_\_ STATUS CONFERENCE  BY TELEPHONE XX

\_\_\_\_ SETTLEMENT CONFERENCE

\_\_\_\_ FINAL CONFERENCE

\_\_\_\_ ORDER

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
| | James Bahamonde | Jeffrey Schlossberg for Jane Massaro |
| | | Raymond Voulo for Mas-Maz, Inc. |

**The following rulings were made:**

Plaintiff is directed to provide the photographs and measurements that are the subject of the defendants' May 16, 2006 application and the plaintiff's May 19, 2006 response thereto. Plaintiff is reminded that the failure to disclose any materials upon which she intends to rely will result in the preclusion of such evidence.

The discovery schedule is extended for the limited purpose of conducting expert discovery. Plaintiff shall serve her expert report by June 30, 2006. The plaintiff is warned that this deadline will not be extended. All expert discovery shall be completed by August 31, 2006. Any party seeking to make a summary judgment motion shall serve the motion by September 15, 2005. Opposition papers shall be served by October 16, 2006. Reply papers shall be served and the fully briefed motion shall be filed with the court by November 3, 2006.

SO ORDERED:

_____